1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7             FOR THE DISTRICT OF ARIZONA
8

9  United States of America,           )   No. 06-8303M
                                        )
10             Plaintiff,               )   **MATERIAL WITNESS ORDER**
                                        )
11  vs.                                 )
                                        )
12  Juan Mercado-Camacho,               )
                                        )
13             Defendant.               )
                                        )
14  _____)

15       Defendant, Juan Mercado-Camacho, having been charged in the District of Arizona

16  with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and the Magistrate

17  Judge having determined from the affidavit of Felix D. Arriola, Senior Patrol Agent, filed

18  in this case, the following persons can provide testimony that is material to the offense(s)

19  alleged in the complaint:

20             1 - Geraldo Antonio De Jesus; and
               2 - Javier De La Cruz-De La Luz
21

22       The Magistrate Judge finds that it may become impracticable to secure the presence

23  of the witnesses by subpoena in further proceedings because they are not in the United States

24  legally and have no legal residence or employment in this Country.

25       **IT IS ORDERED** that the witnesses shall be detained pursuant to 18 U.S.C. § 3144

26  in a corrections facility separate, to the extent practicable, from persons awaiting or serving

27
28

1   sentences or being held in custody pending appeal.  The witnesses shall be afforded a

2   reasonable opportunity for private consultation with counsel.

3        DATED this 22nd day of November, 2006.

4

5

6   _____

7   David K. Duncan
    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28